THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Albert Peeples, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-059
Submitted January 1, 2008  Filed January
 15, 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken. 
 
 
 

PER CURIAM: 
 Albert Peeples (Appellant) pled guilty to driving under the influence.  On
 appeal, counsel for Appellant has filed a final brief along with a petition to
 be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
 relieved.               
APPEAL DISMISSED.[1]
HEARN, C.J., and KITTREDGE and THOMAS, JJ., concur. 

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.